IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CYREL HELMS, Individually and on Behalf of All Others Similarly Situated,** | ) ) ) ) | **No.3:18-cv-1281** |
| **Plaintiff,** | ) | **Chief Judge Crenshaw** |
| v. | ) ) | **Magistrate Judge Frensley** |
| **MORTON BUILDINGS, INC.** | ) ) | |
| **Defendant** | | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION

Defendant Morton Buildings, Inc., by and through counsel, pursuant to Federal Rule of Procedure 6(b)(1), LR6.01(a), and LR7.01(a)(1), moves this Court for a twenty-one-day extension within which to file a motion for approval of settlement, moving the deadline to October 18, 2019. For grounds, Defendant would show the following:

1. On August 9, 2019, the parties filed a Joint Notice of Settlement, notifying the Court that they had reached a settlement in principle and were in the process of discussing the settlement documents necessary to file a motion for approval of settlement, (ECF Doc. 41);

2. Since that time, the parties have worked to finalize the settlement papers and have exchanging proposed versions of the required documents, including a proposed opt-in notice, a proposed notice of settlement, and a proposed version of the final settlement agreement. The parties also have been negotiating the selection of a settlement administrator and remain in the selection process. No impediment to settlement is expected, but additional time is needed to complete the settlement;

3. On September 23, 2019, the Court entered an Order directing the parties to file a motion for approval of settlement on or before September 27, 2019, (ECF Doc. 43);

4. Defendants, however, move the Court to allow an additional two weeks within which to completely finalize the documents, select an administrator, and to file a motion for approval of settlement;

5. Pursuant to LR7.01(a)(1), Defendant's counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

**THEREFORE,** for good cause shown, and without opposition, from Plaintiff, Defendant moves the Court for a twenty-one-day extension within which to file a motion for approval of settlement, moving the deadline to October 18, 2019.

Respectfully submitted,

LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.

*/s/ Daniel Olivas*
Daniel Olivas, BPR # 024641
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Telephone: (615) 259-1366
dolivas@lewisthomason.com

MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, California 94105
Telephone: (628) 218-3800

Pankit J. Doshi
*Pro Hac Vice*
pdoshi@mwe.com

f

Philip Shecter
*Pro Hac Vice*
pshecter@mwe.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

      I, Daniel Olivas, do hereby certify that on September 26, 2019, a true and correct copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

    Emily S. Alcorn, Esq.
    GILBER MCWHERTER SCOTT BOBBITT, PLC
    341 Cool Springs Blvd., Suite 230
    Franklin, TN 37067

    Steve Rauls, Esq.
    Josh Stanford, Esq.
    SANFORD LAW FIRM, PLLC
    One Financial Center
    3650 South Shackleford, Suite 411
    Little Rock, Arkansas 72111

                                                   */s/ Daniel Olivas*
                                                   **Daniel Olivas**