IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CYREL HELMS, Individually and on Behalf of All Others Similarly Situated,** | ) ) ) | |
| | ) | No.3:18-cv-1281 |
| **Plaintiff,** | ) | |
| v. | ) | Chief Judge Crenshaw |
| | ) | Magistrate Judge Frensley |
| **MORTON BUILDINGS, INC.** | ) ) | |
| **Defendant** | ) | |

# JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

COME NOW Plaintiff Cyrel Helms, individually and on behalf of all others similarly situated, and Defendant Morton Buildings, Inc., by and through their undersigned counsel, and for their Joint Motion for Preliminary Approval of Settlement Agreement do state and allege as follows:

1. The Parties jointly notified the Court on August 9, 2019, that they had reached a settlement in principle. ECF No. 41.

2. On September 23, the Court directed the Parties to file their motion for approval of settlement on or before September 27. ECF No. 43. Upon the joint motion of the Parties, that deadline was extended through October 18. ECF No. 45.

3. The Parties' Settlement Agreement, attached hereto as Exhibit 1, calls for the certification of a settlement collective and an opt-in period during which collective members can receive notice of the settlement and decide whether to participate.

4. The Parties respectfully ask the Court to certify a settlement collective of all individuals who performed construction work for Morton Buildings, Inc., as Crewmen or

Page 1 of 4
Cyrel Helms v. Morton Buildings, Inc.
U.S.D.C. (M.D. Tenn.) Case No. 3:18-cv-1281
Joint Motion for Preliminary Approval of Settlement Agreement

Case 3:18-cv-01281   Document 46   Filed 10/17/19   Page 1 of 4 PageID #: 189

Leadmen at any time between November 12, 2015, and the date of the Court's order preliminarily approving the settlement.

5. The Parties further ask the Court to approve the form of the notice and claim forms attached to the Settlement Agreement and to authorize the Parties to distribute the forms via U.S. Mail as contemplated in the Settlement Agreement.

6. Settlements of FLSA claims are typically approved in a one-step process. However, because the exact amount to be recovered by each settlement participant cannot be known until after the agreed notice and opt-in period, the Parties believe a two-step process is appropriate. Therefore, the Parties ask the Court for leave to file a motion for final approval of the Settlement Agreement 120 days after the entry of the Court's Order granting preliminary approval.

7. In support of this Motion, the Parties file herewith and incorporate herein a memorandum Brief.

WHEREFORE, premises considered, the Parties pray that the Court certify the settlement collective proposed by the Parties, approve the distribution of the notice and claim forms attached to the Settlement Agreement, direct the Parties to file a motion for final approval of the Settlement Agreement after the settlement collective members have had an opportunity to receive the notice and opt in, and grant such further relief as the Court finds appropriate.

Page 2 of 4
Cyrel Helms v. Morton Buildings, Inc.
U.S.D.C. (M.D. Tenn.) Case No. 3:18-cv-1281
Joint Motion for Preliminary Approval of Settlement Agreement
Case 3:18-cv-01281   Document 46   Filed 10/17/19   Page 2 of 4 PageID #: 190

Respectfully submitted,

GILBERT McWHERTER
SCOTT BOBBITT PLC
Emily S. Alcorn #33281
341 Cool Springs Boulevard
Suite 230
Franklin, TN 37067
Telephone: (615) 354-1144
ealcorn@gilbertfirm.com

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ Steve Rauls
Steve Rauls
*Pro Hac Vice*
steve@sanfordlawfirm.com

Josh Sanford
*Pro Hac Vice*
josh@sanfordlawfirm.com

*Attorneys for Plaintiff*

LEWIS, THOMASON, KING, KRIEG &
WALDROP, P.C.
Daniel Olivas, BPR # 024641
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Telephone: (615) 259-1366
dolivas@lewisthomason.com

MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, California 94105
Telephone: (628) 218-3800

/s/ Kristin Michaels (w/ permission)
Kristin Michaels
*Pro Hac Vice*
kmichaels@mwe.com

Pankit Doshi
*Pro Hac Vice*
pdoshi@mwe.com

*Attorneys for Defendant*

Page 3 of 4
Cyrel Helms v. Morton Buildings, Inc.
U.S.D.C. (M.D. Tenn.) Case No. 3:18-cv-1281
Joint Motion for Preliminary Approval of Settlement Agreement
Case 3:18-cv-01281   Document 46   Filed 10/17/19   Page 3 of 4 PageID #: 191

# CERTIFICATE OF SERVICE

I, Steve Rauls, do hereby certify that on October 17, 2019, a true and correct copy of the foregoing MOTION was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Daniel Olivas, Esq.
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
dolivas@lewisthomason.com

Kristin Michaels, Esq.
Pankit J. Doshi, Esq.
Philip Shecter, Esq.
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, California 94105
(628) 218-3800
kmichaels@mwe.com
pdoshi@mwe.com
pshecter@mwe.com

                                              /s/ Steve Rauls
                                              **Steve Rauls**

Page 4 of 4
Cyrel Helms v. Morton Buildings, Inc.
U.S.D.C. (M.D. Tenn.) Case No. 3:18-cv-1281
Joint Motion for Preliminary Approval of Settlement Agreement

Case 3:18-cv-01281   Document 46   Filed 10/17/19   Page 4 of 4 PageID #: 192