UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYREL HELMS, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br>v.<br><br>MORTON BUILDINGS, INC.<br><br>   Defendant | No.3:18-cv-1281 |

## ORDER

Pending is the Parties' Joint Motion for Preliminary Approval of Settlement Agreement that appears to be a reasonable compromise of disputed claims. Accordingly, the Court finds as follows:

1. The Parties' Settlement Agreement (Doc. No. 46-1) is preliminarily approved.

2. The Court certifies a settlement collective as follows: "Each individual who performed construction work for Morton Buildings, Inc., any time since November 12, 2015, as a Construction Crew Member or Construction Crew Lead."

3. The agreed notice and claim forms attached to the Settlement Agreement are appropriate and distribution to members of the settlement collective in accordance with the Settlement Agreement is authorized.

4. No later than 120 days after the date of this Order, the Parties shall file a motion for final approval of the settlement as required by law.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE